HAROLD WATERFALL, Appellant, v. DENNIS D. TAYLOR, Respondent.—
COOKE, J.

Herlihy, P. J., Reynolds, Greenblott, Cooke and Sweeney, JJ., concur in memorandum by Cooke, J.